# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.3:22-cr-00033-OAW |
| V. | : | |
| MICHAEL DIMASSA | : | JANUARY 4, 2023 |

## MOTION TO CONTINUE SENTENCING TO April 26, 2023

Pursuant to Local Rules of Criminal Procedure Rules 7 and 32 the Defendant, **MICHAEL DIMASSA**, by and through the undersigned, hereby moves for a continuance of the Defendant's sentencing currently scheduled for March 8, 2023 to April 26, 2023. In support hereof, counsel represents:

1. On November 1, 2022 Defendant Michael Dimassa plead guilty to Counts 1,3 and 5 of the Indictment charging three violations of 18 U.S.C §1349.

2. Thereafter the Court scheduled Defendant's sentencing for March 8, 2023 and set other attendant deadlines.

3. Defendant has recently required emergency surgery and will require post-surgical medical treatment.

4. Counsel requests a continuance of sentencing to no earlier than April 26, 2023, or such other date thereafter in the Court's discretion, and the court set appropriate deadlines for the sentencing process:

   a. First Disclosure of the Presentence Report
   
   b. Objections to the Presentence Report
   
   c. 2nd Disclosure of Presentence Report
   
   d. Defendant's Sentencing Memorandum

     e.  Government's Sentencing Memorandum

     f.  Defendant's Reply (if any)

     g.  Sentencing Date

5. This is the first such request for a continuance of sentencing.

6. Counsel for the United States of America, AUSA Raymond Miller, has no objection to the granting of this motion.

**WHEREFORE**, the Counsel for Defendant respectfully requests that the Defendant's sentencing scheduled for March 8, 2023 be continued to April 26, 2023 or a future date at the discretion of the Court.

                       Respectfully Submitted,

                       DEFENDANT, MICHAEL DIMASSA,

                       /s/ John R. Gulash_____
                       JOHN R. GULASH, ESQ.
                       GULASH & ASSOCIATES, LLC
                       PO BOX 999
                       265 GOLDEN HILL STREET
                       BRIDGEPORT, CT 06601
                       EMAIL JRGulash@gulashlaw.com
                       TEL 203-870-9944
                       FAX 203-870-9838
                       Fed Bar# ct05093

**CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic efile system, or by mail to anyone unable to accept electronic filing, per indication on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s John R. Gulash\
JOHN R. GULASH\
GULASH & ASSOCIATES, LLC\
PO BOX 999\
265 GOLDEN HILL STREET\
BRIDGEPORT, CT 06601\
EMAIL JRGulash@gulashlaw.com\
TEL 203-870-9944\
FAX 203-870-9838\
Fed Bar# ct05093