## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :      CRIMINAL NO.3:22-cr-00033-OAW

V.      :

MICHAEL DIMASSA      :      MAY 12, 2023

### MOTION FOR PERMISSION TO TRAVEL OUT OF STATE

Defendant MICHAEL DIMASSA hereby moves that he be permitted to travel out of State to Texas by air beginning May 22, 2023 and returning May 23, 2023 based upon the following:

1. On November 1, 2022, Mr. Dimassa pleaded guilty to Counts 1,3 and 5 of the Indictment charging three violations of 18 U.S.C §1349.

2. Mr. DiMassa's sentencing is currently scheduled for May 31, 2023.

3. A condition of his release provides that he not leave the State of Connecticut without advance approval of his probation officer.

4. His wife Lauren Knox is a co-defendant in this matter and is scheduled to self-surrender to a BOP facility in Texas on May 23, 2023 to begin her sentence imposed by this Court. Ms. Knox is pregnant and desires to travel with her husband Mr. Dimassa for health and safety reasons.

5. Defendant Dimassa and Ms. Knox will depart Bradley International Airport in Connecticut on May 22, 2023 for Ft Worth, TX and Mr Dimassa will return to Bradley on May 23, 2023.

6. The Government defers to the Court on this Motion.

7. Undersigned counsel spoke to Probation Officer Nielvis Gonzalez-Perez and he states he will defer to the Court and is available for any questions regarding pretrial services.

   **WHEREFORE**, undersigned counsel for Mr. DiMassa requests permission to.travel as requested.

   DEFENDANT,
   MICHAEL DIMASSA,

   /s/ John R. Gulash
   JOHN R. GULASH, ESQ.
   GULASH & ASSOCIATES, LLC
   PO BOX 999
   265 GOLDEN HILL STREET
   BRIDGEPORT, CT 06601
   EMAIL JRGulash@gulashlaw.com
   TEL 203-870-9944
   FAX 203-870-9838
   Fed Bar# ct05093

## CERTIFICATION

I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic efile system, or by mail to anyone unable to accept electronic filing, per indication on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s John R. Gulash_____
JOHN R. GULASH
GULASH & ASSOCIATES, LLC
PO BOX 999
265 GOLDEN HILL STREET
BRIDGEPORT, CT 06601
EMAIL JRGulash@gulashlaw.com
TEL 203-870-9944
FAX 203-870-9838
Fed Bar# ct05093