UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | |
| v. | ) | Case Number: **3:22-CR-00033-OAW(1)** |
| | ) | USM Number: |
| MICHAEL DIMASSA | ) | |
| | ) | **Raymond F. Miller & David J. Sheldon** |
| | ) | Assistant United States Attorneys |
| | ) | |
| | ) | **John R. Gulash** |
| | ) | Defendant's Attorney |

**THE DEFENDANT:** pleaded guilty to counts one, three, and five of the Indictment.

Accordingly, the defendant is adjudicated guilty of the following offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| Title 18 §1349 | Conspiracy To Commit Wire Fraud | November 2021 | 1, 3, 5 |

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IMPRISONMENT**

You hereby are committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months on counts one, three, and five; terms to run concurrent.

**SUPERVISED RELEASE**

Upon release from imprisonment, you shall be on supervised release for a term of 60 months on counts one, three, and five; terms to run concurrent. The Mandatory and Standard Conditions of Supervised Release as attached, are imposed. In addition, the following Special Conditions are imposed:

1. You must complete 100 hours of community service within the first two years of supervision. The community service hours shall be completed at a program approved, in advance, by the United States Probation Office. The probation officer will supervise the participation in the community service program by approving the program. You must provide written verification of completed community service hours to the probation officer.

2. You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The Probation Office may share financial information with the U.S. Attorney's Office.

3. You shall not incur new credit card charges above $500 or open additional lines of credit without the prior permission of the probation officer until your criminal debt obligation is paid. You shall not add any new names to any lines of credit, shall not be added as a secondary cardholder on another's line of credit, and shall provide the probation officer with electronic access to any online management of any lines of credit, including lines of credit for businesses/LLCs that you own or have owned, operate or have operated, or those with which you are or otherwise were associated.

DEFENDANT: MICHAEL DIMASSA  
CASE NUMBER:3:22-CR-00033-OAW(01)

4. You shall not encumber personal homes or investment properties without permission of the court, and shall not transfer, sell, give away, barter or dissipate in any way any assets including personal property such as motor vehicles or recreational vehicles without express permission of the probation officer and notification to the court.

5. You must pay restitution that is imposed by this judgment. If you are unable to pay the full balance in a lump sum, any remaining balance is payable at the rate of at least $40,000.00 during each year of supervised release. The monthly payment schedule can be adjusted based upon your ability to pay as determined by the probation officer and as approved by the court.

6. You must participate in a gambling addiction treatment program and follow the rules and regulations of the program. The probation officer will supervise your participation in the program. You must pay all or a portion of the costs associated with treatment based on your ability to pay as recommended by the probation officer and approved by the court.

7. You must not engage in any form of gambling (including, but not limited to, lotteries, online wagering, and sports betting), and you must not enter any casino or other establishment where gambling is the primary purpose such as horse racetracks and off-track betting establishments.

8. You must participate in a program recommended by the Probation Office and approved by the court for mental health treatment. You must follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay all or a portion of the costs associated with treatment based on your ability to pay as recommended by the probation officer and approved by the court.

9. If the probation officer determines that you pose a risk to another person, including an organization, the probation officer may, with the court's approval, require you to notify the person or organization about the risk and you must comply with that instruction. The probation officer may contact the person or organization and confirm that you have notified the person about the risk.

10. Any U.S. passport shall be returned to the Department of State (currently in the possession of the Probation Office), and any foreign passport is ordered returned to the Immigration and Customs Enforcement.

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

| | |
|---|---|
| **Special Assessment:** | $300.00 |
| **Fine:** | $0.00 |
| **Restitution:** | $865,844.45 |

It is further ordered that you will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are paid.

The following counts have been dismissed: 2, 4, and 6.

**JUDICIAL RECOMMENDATION(S) TO THE BUREAU OF PRISONS**

The Court makes the following recommendations to the Bureau of Prisons:

The Bureau of Prisons is to determine where you will be housed. It is recommended that you take advantage of any programming while incarcerated such as any available programming related to work preparation, education, and parenting counseling, and to address any mental health concerns to include gambling disorder or any diagnosed condition.

| Judgment in a Criminal Case | Judgment -- Page 3 of 5 |
|---|---|
| | Local Form Rev.4/29/2022 |

DEFENDANT: MICHAEL DIMASSA
CASE NUMBER: 3:22-CR-00033-OAW(01)

You shall self-surrender directly to the facility designated by the Federal Bureau of Prisons no later than 12:00 p.m. on Monday, 7/31/2023, under your own power and at your own expense. If no destination is indicated by July 24, one week before the self-surrender date, you are instructed to contact the U.S. Marshal's Service to arrange your self-surrender.

**May 31, 2023**
Date of Imposition of Judgment

Omar A. Williams  *Digitally signed by Omar A. Williams*
*Date: 2023.06.07 18:34:58 -04'00'*

Signature of Judge

**OMAR A. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**June 7, 2023**
Date

DEFENDANT: MICHAEL DIMASSA
CASE NUMBER: 3:22-CR-00033-OAW(01)

## CONDITIONS OF SUPERVISED RELEASE

**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

### MANDATORY CONDITIONS

(1) You must not commit another federal, state or local crime.

(2) You must not unlawfully possess a controlled substance.

(3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ■ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

(4) ■ You must make restitution in accordance with 18 U.S.C.§§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

(5) ■ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

(6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

(7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

### STANDARD CONDITIONS

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

(1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
(2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
(3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
(4) You must answer truthfully the questions asked by your probation officer.
(5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
(6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
(7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
(8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
(9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
(10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
(11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
(12) You must follow the instructions of the probation officer related to the conditions of supervision.

   Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

DEFENDANT: MICHAEL DIMASSA
CASE NUMBER: 3:22-CR-00033-OAW(01)

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____　　　　　_____
　　　　　　Defendant　　　　　　　　　　　　　　　　　　Date

_____　　　　　_____
U.S. Probation Officer/Designated Witness　　　　　Date

CERTIFIED AS A TRUE COPY ON THIS DATE: _____
By: _____
　　Deputy Clerk

RETURN
I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____,
with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lawrence Bobnick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Marshal

　　　　　　　　　　　　　　　　　　　　By　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Marshal